1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA M.,[1]<br><br>              Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security<br>Administration,<br><br>           Defendant. | Case No. 5:21-cv-01554-JC<br><br>JUDGMENT |

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of

Social Security Administration is AFFIRMED.

DATED:  December 23, 2022

                                   /s/

                         Honorable Jacqueline Chooljian
                         UNITED STATES MAGISTRATE JUDGE

---

[1]Plaintiff's name is partially redacted to protect plaintiff's privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.